# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. LOMELI,<br>    Petitioner,<br>v.<br>RAYMOND MADDEN, Warden,<br>    Respondent. | CASE NO. 2:15-cv-08198-DOC (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting the Report and Recommendation of the U.S. Magistrate Judge, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: June 15, 2017

*David O. Carter*

HON. DAVID O. CARTER
U.S. DISTRICT JUDGE